**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 14-MJ-02438-MDD |
| )  Plaintiff, ) | |
| ) | **ORDER AUTHORIZING DISCLOSURE AND PROTECTIVE ORDER REGARDING DISCOVERY** |
| v. ) | |
| ) | |
| ROBERT MORENO, ) | |
| ) Defendant. ) | |

Pursuant to the motion of the United States, Federal Rules of Criminal Procedure 6(e) and 16(d), General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), and 26 U.S.C. § 6103(h),

IT IS HEREBY ORDERED that:

1. The United States is authorized to disclose grand jury matter in connection with this judicial proceeding.

2. All discovery produced by the United States in this case is for use by the defense solely for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. The defense may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the defense except as further set forth herein.

1

    3.    Counsel of record shall sign a copy of this Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of his/her defense team is advised of the Order and agrees in writing to be bound by its terms.

    4.    The defense shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

    5.    The defense may share discovery materials with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense informs any such individual(s) of this Order and obtains his/her written agreement to be bound by its terms.

    6.    The defense may show witnesses discovery materials as necessary for the preparation of the defense, but may not to give copies of the materials to witnesses absent further order of the Court.

    7.    To the extent that the discovery materials contain any individual's personal information within the meaning of General Order 514, the defense shall redact any filings referencing or containing said materials in a manner consistent with General Order 514.

    8.    The defense shall destroy or return to the United States any and all copies of the discovery within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

    9.    If defense counsel withdraws or is disqualified from participation in this case, the defense shall provide to new counsel

or return to the United States any and all copies of the discovery within 10 days.

IT IS SO ORDERED.

Dated: July __24__, 2014   _____
                           HONORABLE MITCHELL D. DEMBIN
                           United States Magistrate Judge

ACKNOWLEDGMENT.

I have reviewed the foregoing protective order and I agree to be bound by its terms.

Dated:_____   SIGNED:_____

                           NAME:   _____

3